SLIP OPINION

Cite as 2015 Ark. 10

# SUPREME COURT OF ARKANSAS

IN RE RULES OF THE
ARKANSAS JUDGES AND
LAWYER ASSISTANCE
PROGRAM

**Opinion Delivered** January 15, 2015

## PER CURIAM

Rule 1(C)(1) of the Rules of the Arkansas Judges and Lawyer Assistance Program is

amended and republished as set out below. The amendment is effective immediately. The

change is illustrated in the footnote.[1]

## RULES OF THE ARKANSAS JUDGES AND
## LAWYER ASSISTANCE PROGRAM

**Rule 1. Scope of Program.**

. . . .

(C)(1) *Funding and Administration.* JLAP shall be financed from the annual license fees paid by the members of the Bar of Arkansas in an amount as set by the Supreme Court.

(2) Funding for JLAP may also include gifts or bequests from any source and earnings on investments of the JLAP fund.

---

[1](C)(1) Funding and Administration. ~~The Supreme Court of Arkansas shall collect annually and remit to JLAP a fifteen dollar ($15.00) annual fee from every attorney for the purpose of funding this program.~~ JLAP shall be financed from the annual license fees paid by the members of the Bar of Arkansas in an amount as set by the Supreme Court.